GEORGE P. KELESIS
Nevada Bar No. 0069
COOK & KELESIS, LTD.
517 S. 9th Street
Las Vegas, Nevada  89101
Telephone:  (702) 737-7702
Facsimile:   (702) 737-7712
E-mail:     law@bckltd.com

Attorneys for Defendant
DEBRA R. LAWRENCE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT H. LAWRENCE and<br>DEBRA R. LAWRENCE,<br><br>Defendants. | CASE NO.:  2:21-CR-214-RFB-DJA<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE [ECF NO. 17]** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, Debra R. Lawrence, by and through her counsel, George Kelesis of Cook & Kelesis, Ltd., and the United States of America, by and through counsel, that the Oder Setting Conditions of Release [ECF No. 17] be modified as follows:

1. Paragraph 63 shall be modified to allow Defendant to close the existing Bank of America account #xxx-xxxx-8023 for her business, D. Lawrence Hospitality, which has been frozen as the result of a compromise of the account, and establish a new business account for D. Lawrence Hospitality with Bank of America or another bank of her choosing.

2. Within two business days of establishing the new account, Defendant

7020643_1

will provide updated account information to her assigned U.S. Pretrial Services officer.

Respectfully Submitted on this 28th day of October, 2021.

/s/ George Kelesis
GEORGE KELESIS
Attorneys for Defendant
DEBRA R. LAWRENCE

CHRISTOPHER CHIOU
Acting United States Attorney
SIMON F. KUNG
Assistant United States Attorney

/s/ Patrick Burns
VALERIE G. PREISS
PATRICK BURNS
Trial Attorneys, Department of Justice
Attorneys for United States of America

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2021

7020643_1