# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA R. LAWRENCE,<br><br>Defendant. | CASE NO: 2:21-CR-00214-ART-DJA<br><br>ORDER ON THE PARTIES' STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court orders that:

## ORDER

IT IS ORDERED that the indictment in *United States v. Debra R. Lawrence*, Case No. 2:21-CR-00214-ART-DJA, is hereby dismissed without prejudice as to defendant Debra R. Lawrence only with such dismissal to become with prejudice upon the terms described in the parties' stipulation. Should any of the relevant conditions described in the parties' stipulation arise, the government is granted leave to refile the indictment or a conforming information and have the matter reset for trial.

IT IS FURTHER ORDERED that the trial previously scheduled for December 19, 2022 at 9:00 a.m. is vacated.

DATED: November 14, 2022

By: /s/ Anne Traum
HON. ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

4